AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

UNITED STATES OF AMERICA,                          **APPEARANCE**

v.                                    CASE NUMBER: 97-072(SEC)

**JOSE A. VEGA-FIGUEROA, ET AL**

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other

prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

November 7, 2007                          /s/Warren Vázquez
*Date*                                    *Signature*

                                          Warren Vázquez _____
                                          *Print Name*

                                          350 Torre Chardon, Suite 1201 _____
                                          *Address*

                                          Hato Rey, Puerto Rico 00918 _____
                                          *City*

                                          (787) 766-5656 _____
                                          Phone Number

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that on November 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsels of record.

At San Juan, Puerto Rico, November 7, 2007.


<u>S/Warren Vázquez</u>
Warren Vázquez - 125413